1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JUNGIL KIM, D/B/A GRACE SUPERMARKET,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and THOMAS VILSACK, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendants. | No. LA CV14-04736 JAK (FFMx)<br><br>JUDGMENT<br><br>JS-6 |
|---|---|

1 | Defendant's Motion for Summary Judgment having been granted,
2 |   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
3 | be entered for Defendant, United States of America.
4 |
5 |   DATED: August 22, 2016.
6 |
7 |
8 | _____
9 | JOHN A. KRONSTADT
  UNITED STATES DISTRICT JUDGE